IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 11-480-01 |
| DERRICK GARVIN | : | |
| | : | |

FILED

MAY 31 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 31st day of May 2012, upon consideration of Defendant's Motion to Suppress [Doc. No. 15] and the response thereto, and after an evidentiary hearing on January 4, 2012, and for the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.