## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

**v.**

**DERRICK GARVIN**

**CRIMINAL NO.  11-480**

### ORDER

**AND NOW,** this 11th day of March 2025, upon consideration of Defendant Derrick Garvin's Motions to Vacate, Set Aside, or Correct Sentence and the responses thereto, and for the reasons explained in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Doc. Nos. 49, 51] are **GRANTED**. The Court will schedule a sentencing hearing by separate Order.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**